

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
Catherine Stavlas, Chief Deputy

Reply to Northern Division Address

June 2, 2020

Circuit Court for Baltimore City
100 N. Calvert St.
Baltimore, MD  21202

    RE:    Jeffries v. Taylor et al
             Civil Action No. CCB-19-2152
             Circuit Court for Baltimore City, 24-C-19-002916

Dear Clerk:

    On June 2, 2020, the Honorable Catherine C. Blake signed an order remanding the above-entitled case to your Court.  Enclosed is a certified copy of the order, together with a certified copy of the docket entries.  We have discontinued our previous practice of sending the state court original papers which were filed in this Court.  Should you need certified copies of any papers you may contact the Deputy Clerk below.

    Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

    Thank you for your cooperation in this matter.

                          Sincerely,

                          Felicia C. Cannon, Clerk

             By:          /s/
                      B. Hilberg, Deputy Clerk

Enclosures

ACKNOWLEDGED RECEIPT THIS _____ DAY OF _____ 2020.

Remand Letter to Court (Rev. 9/4/2001)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**